**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Bryan S. BEHRENS, Defendant–Appellant.**

**No. 14–1004.**

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 2, 2014.

Filed: Sept. 5, 2014.

Russell X. Mayer, U.S. Attorney's Office, Omaha, NE, for Plaintiff–Appellee.

Bryan S. Behrens, Terre Haute, IN, pro se.

Krisanne Corl Weimer, Reisinger Booth & Associates, Omaha, NE, for Defendant–Appellant.

Before WOLLMAN, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

Bryan Behrens, whose sentence on a securities-fraud conviction we affirmed, *see*

*United States v. Behrens,* 713 F.3d 926, 927 (8th Cir.2013), appeals the district court's[1] order denying 28 U.S.C. § 2255 relief without an evidentiary hearing. In his motion, Behrens claimed his criminal conviction was void based on an alleged lack of subject matter jurisdiction in light of an order entered in a prior civil proceeding. He also claimed his counsel was ineffective for failing to raise the issue. Because Behren's subject-matter-jurisdiction and related ineffective-assistance claims are meritless, *see United States v. White Horse,* 316 F.3d 769, 772 (8th Cir. 2003) (subject matter jurisdiction established by 18 U.S.C. § 3231); *Rodriguez v. United States,* 17 F.3d 225, 226 (8th Cir. 1994) (per curiam) (counsel's failure to advance meritless argument cannot constitute ineffective assistance), we affirm.

1. The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.